FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 11 AM 9:37

CLERK /tw
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLES HAMLETT,

    Plaintiff,

v.

DANNIE THOMPSON; Deputy Warden JOHNSON; Medical Director TAYLOR; and Medical Doctor YOUNG,

    Defendants.

CIVIL ACTION NO.: CV610-070

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 12 day of Nov., 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)